# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Disability Support Alliance, *on behalf of its members*; and Zach Hillesheim, | Case No. 15-CV-02746 (MJD/JSM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Staples Enterprises, Inc. and Staples & Staples, LLC, | |
| Defendants. | |

---

Pursuant to the Stipulation for Dismissal with Prejudice [Document No. 13].

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to either party. LET JUDGMENT BE ENTERED.


DATED: August 19, 2015            BY THE COURT

                                  s/Michael J. Davis
                                  Michael J. Davis
                                  U. S. District Court Judge